**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANCIS P. LIVELY,

                  Plaintiff,                     19 **CIVIL** 3257 (JPO)

      -against-                          **JUDGMENT**

WAFRA INVESTMENT ADVISORY GROUP,
INC., and FAWAZ AL-MUBARAKI,
                         Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Opinion and Order dated July 17, 2020, Defendants' motion for judgment

on the pleadings is GRANTED. Plaintiff's motion for leave to amend is DENIED; accordingly,

the case is closed.

**Dated:**  New York, New York
       July 17, 2020

                                   **RUBY J. KRAJICK**
                              _____
                                 **Clerk of Court**
   **BY:**        K. Mango
                                _____
                                     **Deputy Clerk**